UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(*electronically filed*)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CRIMINAL ACTION NO. 3:23-mj-00603-CHL-2 |
| **DACOREY HODGES** | **DEFENDANT** |

### ENTRY OF APPEARANCE

Comes now Hon. Rob Eggert, attorney at law, and hereby respectfully enters his appearance as counsel of record on behalf of Dacorey Hodges in the above-styled matter.

**Respectfully submitted,**

/s/   *Rob Eggert*
**ROB EGGERT**
600 West Main Street
Suite 100
Louisville, Kentucky 40202
(502) 540-5700

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

/s/   *Rob Eggert*
**ROB EGGERT**